UNITED STATES of America v. Mitchell W. DUGAN.

No. 512.

Circuit Court of Appeals, Tenth Circuit.

July 3, 1931.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed July 3, 1931, on motion of appellant.

UNITED STATES of America, Respondent, v. Louis GOLDSTEIN, Appellant.

No. 429.

Circuit Court of Appeals, Second Circuit.

June 24, 1931.

David Haar, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Seymour D. Altmark, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.

UNITED STATES of America v. Addie HOLDEN.

No. 505.

Circuit Court of Appeals, Tenth Circuit.

June 24, 1931.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan.

H. W. Hart, of Wichita, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed June 24, 1931, on motion of appellant.

UNITED STATES of America, Appellant, v. MINNESOTA AND MANITOBA RAILROAD CO. et al.

No. 9227.

Circuit Court of Appeals, Eighth Circuit.

June 19, 1931.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn., and Donald D. Harries, Sp. Asst. U. S. Atty., of Duluth, Minn.

Hector Baxter, of Minneapolis, Minn., and E. H. Morphy, of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of Appellant and stipulation of parties.

UNITED STATES of America, Libelant-Appellee, v. 112 BALES CONTAINING WOOL, Marked CC and Numbered 170 to 281 Inclusive, Robert W. A. Wood, Claimant-Appellant.

No. 395.

Circuit Court of Appeals, Second Circuit.

June 1, 1931.

Wise, Whitney & Parker, of New York City (Carl E. Whitney and Francis C. Lowthorp, both of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Harry G. Herman, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.